*I. L. Oakes* and *O. A. Nix,* for defendants.

---

## MORRIS *v.* DEADWYLER.

BECK, J.  1. There were no errors in that portion of the court's charge excepted to, requiring the grant of a new trial.

2. While the testimony as to many of the issues involved was vague, it can not be said that the evidence as a whole, together with the deductions which the jury could legitimately make therefrom, did not authorize the verdict; and this having received the approval of the trial judge, the judgment refusing a new trial will not be disturbed here.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
                    FEBRUARY 11, 1915.

Trover.   Before Judge Brand.   Banks superior court.   January 14, 1914.

*W. A. Charters* and *H. H. Perry,* for plaintiff in error.

*A. J. Griffin* and *Cobb & Erwin,* contra.